**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LEA ROSEN, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

LJ ROSS ASSOCIATES, INC.,

          Defendant.

Case No: 1:19-cv-05516-ARR-VMS

### STIPULATION OF PARTIAL DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, Counts One and Two of the Amended Complaint (*Dkt. No.* 14) in the above-captioned action are dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii); and it is further

**STIPULATED AND AGREED** that this Stipulation does not affect Count Three of the Amended Complaint, which shall continue.

Dated: September 25, 2020

| | |
|---|---|
| **DINSMORE & SHOHL LLP** | **BARSHAY SANDERS, PLLC** |
| By: __/s R.J. Cronkhite__ | By: __/s Jonathan M. Cader__ |
| R.J. Cronkhite, Esq. | Jonathan M. Cader |
| 900 Wilshire Drive, Suite 300 | 100 Garden City Plaza, Suite 500 |
| Troy, Michigan 48084 | Garden City, New York 11530 |
| Tel: (734) 558-5809 | Tel. (516) 203-7600 |
| Email: RJ.Cronkhite@DINSMORE.COM | Email: *jcader@BarshaySanders.com* |
| *Attorneys for Defendant* | Our File No: 117948 |
| | *Attorneys for Plaintiff* |

So ordered.
/s/(ARR)
9/26/20
USDJ