UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LEA ROSEN,

                                                                           JUDGMENT
                                                                           19-CV-5516 (ARR) (VMS)

        Plaintiff,

   v.

L J ROSS ASSOCIATES, INC.,

        Defendant.
---------------------------------------------------------------X

       An Opinion and Order of the Honorable Allyne R. Ross, United States District Judge, having been filed on July 22, 2021, granting plaintiff's motion for summary judgment; denying defendant's motion for summary judgment; awarding plaintiff statutory damages in the amount of $500; and referring plaintiff's claims for attorney's fees and costs pursuant to § 1692k(a)(3) are referred to the Honorable Vera M. Scanlon; it is

       ORDERED and ADJUDGED that plaintiff's motion for summary judgment is granted; that defendant's motion for summary judgment is denied; that plaintiff is awarded statutory damages in the amount of $500; and that plaintiff's claims for attorney's fees and costs pursuant to § 1692k(a)(3) are referred to the Honorable Vera M. Scanlon.

Dated: Brooklyn, New York                                          Douglas C. Palmer
       July 23, 2021                                                   Clerk of Court

                                                                      By:    */s/Jalitza Poveda*
                                                                             Deputy Clerk