UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEA ROSEN,<br><br>                    Plaintiff<br><br>         — against —<br><br>LJ ROSS ASSOCIATES, INC.,<br><br>                    Defendant. | **19-CV-5516 (ARR) (VMS)**<br><br>**Opinion & Order**<br><br>**Not for electronic or print publication** |

ROSS, United States District Judge:

      This Court has received the Report and Recommendation on the instant case dated January 24, 2022, from the Honorable Vera M. Scanlon, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

      Accordingly, plaintiff's motion for attorney fees is granted in part and denied in part. Plaintiff shall be awarded $24,404.10 in attorneys' fees and $400.00 in costs for a total award of $24,804.10.

SO ORDERED.

                _____/s/_____
                Allyne R. Ross
                United States District Judge

Dated:   February 17, 2022
       Brooklyn, New York